Rachel SUDIAH, Appellant, v. MANHATTAN SHIRT COMPANY, Appellee.

SAME v. Ferdinand JACOBSON et al., Appellees.

Nos. 214, 215.

Circuit Court of Appeals, Second Circuit.
Feb. 1, 1932.

Warfield, Fraser & Brown, of New York City (Donald Brown and Griffith Beems, both of New York City, of counsel), for appellant.

Munn, Anderson, Stanley, Foster & Liddy, of New York City (T. Hart Anderson and Albert J. Clark, both of New York City, of counsel), for appellees F. Jacobson & Son.

Briesen & Schrenk, of New York City (Fred A. Klein, of New York City, of counsel), for appellee Manhattan Shirt Co.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree [56 F.(2d) 421] affirmed.